UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD MILES,<br><br>  Plaintiff,<br><br>  v.<br><br>S. SNYDER,<br><br>  Defendants. | No.  2:12-cv-1665 DAD P<br><br><br>ORDER |

Plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted.  (See Doc. No. 12.) Thirty days has long since passed, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated:  January 27, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mile1665.fta

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 7)

1